# UNITED STATES DISTRICT COURT

_____ District of _____ CONNECTICUT _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For **Revocation** of Probation or Supervised Release) |
| PEDRO VIERA | Case Number: 3:01CR00128(DJS) |
|  | USM Number: 16275-014 |
|  | Terrence S. Ward |
|  | Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s)  #1 _____ of the term of supervision

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| #1 | Committed another crime while on supervision | 9/17/2003 |

The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 1/12/1978

Defendant's Residence Address:
0 Redfield Street
New Haven, CT  06519

Defendant's Mailing Address:
same

August 24, 2004
Date of Imposition of Judgment

Signature of Judge

Dominic J. Squatrito, United States District Judge
Name and Title of Judge

9/13/04
Date

I hereby certify that the foregoing is a true copy of the original document on file. Date: 12/10/04
KEVIN F. ROWE
Clerk
Deputy Clerk

The Clerk shall treat this as an original. Please docket.
Dominic J. Squatrito, U.S.D.J.
February 16, 2005.

DEFENDANT:      VIERA, Pedro
CASE NUMBER:    3:01CR00128(DJS)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
10 months incarceration with no supervision to follow. ( This sentence is to run concurrent with the time he is currently serving in state custody.)

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL